

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-19-00413-CR**

**IN RE CHRISTOPHER SCHMOTZER**

———————————

**Original Proceeding**

**MEMORANDUM OPINION**

In this mandamus proceeding,[1] Christopher Schmotzer requests this Court to order the Brazos County District Attorney to turn over *Brady*[2] material which Schmotzer does not possess. There are procedural problems with Schmotzer's mandamus petition, such as no record is included with the petition, Tᴇx. R. Aᴘᴘ. P. 52.7; however, we use Rule 2 of the Rules of Appellate Procedure to look beyond these problems and proceed to a timely disposition of this proceeding. *See* Tᴇx. R. Aᴘᴘ. P. 2.

---

[1] Schmotzer titled his document, "Motion to Compel." Due to the nature of the relief requested, we characterize the document as a petition for writ of mandamus.

[2] *See Brady v. Maryland*, 373 U.S. 83 (1963).

As a Court of Appeals, we have no jurisdiction to compel a district attorney to act except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b). Schmotzer has not alleged any need for this Court to enforce our jurisdiction.

Accordingly, Schmotzer's petition is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Dismissed
Opinion delivered and filed November 27, 2019
Do not publish
[OT06]

